UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Insty-Prints, Inc.,

Plaintiff,

vs.

Nathe & Nathe, Inc., a Florida corporation, and Frank M. Nathe,

Defendants.

Civil Action 01-CV-1521 PAM/JGL

## STIPULATION AND ORDER

The Plaintiff, by and through its attorneys, and Defendants Nathe & Nathe, Inc. and Frank M. Nathe, stipulate and consent to the entry of the following order.

Dated August 31, 2001

Frank M. Nathe

NATHE & NATHE, INC.

BY: Frank M. Nathe

Its: President

INSTY-PRINTS, INC.

Emily E. Duke (#249178)
Lora Esch Mitchell (#259615)
FREDRIKSON & BYRON, P.A.
900 Second Avenue Sout
1100 International Centre
Minneapolis, Minnesota 55402-3397
Phone: (612) 347-7130
Facsimile: (612) 347-7077

ATTORNEYS FOR PLAINTIFF INSTY-PRINTS, INC.

FILED SEP 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____________
DEPUTY CLERK____________

# ORDER

Based upon the stipulation of the parties, effective September 15, 2001, **IT IS HEREBY ORDERED** that :

1. Defendants, their agents, servants, employees, attorneys, and all those persons in active concert or participation with Defendants are enjoined and restrained as follows:

a. Defendants may not use the designation "Insty-Prints" in connection with their products and/or services;

b. Defendants may not operate a business that competes with Insty-Prints within two (2) miles from 728 Virginia Drive, Orlando, Florida through July 23, 2002;

c. Defendants shall return all advertisements, manuals and other printed materials it received from Insty-Prints to Insty-Prints; and

d. Defendants shall alter the appearance of the store located at 728 Virginia Drive in Orlando, Florida so that it no longer resembles an Insty-Prints franchise.

2. Unless the parties settle this matter on or before September 14, 2001, Defendants shall file with the Court and serve on Plaintiff's counsel, within twenty (20) days thereafter (i.e., on or before October 4, 2001), a report in writing and under oath setting forth in detail the manner and form in which Defendants have complied with this injunction.

3. If the parties settle this matter on or before September 14, 2001, Plaintiff shall so notify the Court and shall submit a proposed order rescinding this Order.

Date: September 4, 2001

United States District Judge

::ODMA\PCDOCS\FBDOCS1\2549154\1

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500